**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

BRIAN VILLANUEVA,

                               Plaintiff,

                    - against -

FFO GROUP, LLC, PHILIP FALCONE, *Individually*, and LISA FALCONE, *Individually*,

                            Defendants.

------------------------------------------------------------------------ x

Case No. 1:20-cv-04199-DLC

**NOTICE OF**
**VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby dismissed without prejudice.

Dated:   June 17, 2020

                                               **NISAR LAW GROUP, P.C.**

                                               _____
                                               Casimir Wolnowski
                                              570 Lexington Avenue, 16th floor
                                              New York, NY 10022
                                              Tel.: (646) 449-7210
                                              Fax: (877) 720-0514
                                              Email: cwolnowski@nisarlaw.com

                                              *Attorneys for Plaintiff*