UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x   Case No. 1:20-cv-04199-DLC

BRIAN VILLANUEVA,

                      Plaintiff,

- against -

                    **NOTICE OF**
                    **VOLUNTARY DISMISSAL**
FFO GROUP, LLC, PHILIP FALCONE, *Individually*,  **WITHOUT PREJUDICE**
and LISA FALCONE, *Individually*,

                    Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby dismissed without prejudice.

Dated:   June 17, 2020

So ordered.
Dated: June 19, 2020

                       **NISAR LAW GROUP, P.C.**

_____
DENISE COTE
United States District Judge

_____
Casimir Wolnowski
570 Lexington Avenue, 16th floor
New York, NY 10022
Tel.: (646) 449-7210
Fax: (877) 720-0514
Email: cwolnowski@nisarlaw.com

*Attorneys for Plaintiff*